# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos Del Rio-Gomez,<br>a.k.a.: Juan Carlos Trujillo-Chavez,<br>a.k.a.: Juan Carlos Trujillo,<br>(A044 024 331)<br>*Defendant* | )<br>)<br>) Case No. 17-476 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Carlos Del Rio-Gomez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about February 3, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Natalie B. Huddleston for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, ICE Homeland Security Investigations (HSI) encountered Juan Carlos Del Rio-Gomez while following up on a lead from HSI Albuquerque, New Mexico for a different subject. During their investigation, HSI suspected Del Rio-Gomez to be an enforcement priority, illegally present in the United States. On the same date, Del Rio-Gomez was transported to the Phoenix ICE office for further investigation and processing. HSI Agent Sedillo interviewed Del Rio-Gomez, and determined him to be a citizen of Mexico, illegally present in the United States. Del Rio-Gomez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Carlos Del Rio-Gomez to be a citizen of Mexico and a previously deported criminal alien. Del Rio-Gomez was removed from the United States to Mexico at or near San Ysidro, California, on or about February 3, 2016, pursuant to an order of removal issued by an immigration judge. There is no

record of Del Rio-Gomez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Del Rio-Gomez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Carlos Del Rio-Gomez was convicted of Re-Entry after Deportation, a felony offense, on March 13, 2013, in the United States District Court, District of Arizona. Del Rio-Gomez was sentenced to thirty-six (36) months' imprisonment and three (3) years' supervised release. Del Rio-Gomez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 23, 2017, Juan Carlos Del Rio-Gomez was advised of his constitutional rights. Del Rio-Gomez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Del Rio-Gomez stated that his true and complete name is Juan Carlos Del Rio-Gomez and that he is a citizen of Mexico. Del Rio-Gomez stated that he illegally entered the United States in December 2016, near San Luis, Arizona. Del Rio-Gomez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Juan Carlos Del Rio-Gomez, an alien, was found in the United

States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about February 3, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge